

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

April 28, 2021

United States District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *Gonzalez v. The Williamsburg Hotel BK LLC*, Case No. 1:20-cv-09564-AJN

Dear District Judge Nathan:

      This office represents the Plaintiff Jesus Gonzalez ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the settlement agreement and file a stipulation of dismissal.

      We thank this Honorable Court for its time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*

      _____
      Erik M. Bashian, Esq.

cc:    Bran C. Noonan, Esq. *(via CM/ECF)*
       Mohammad Shihabi, Esq. *(via CM/ECF)*