USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Gonzalez,

    Plaintiff,

–v–

The Williamsburg Hotel BK LLC,

    Defendant.

20-cv-9564 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The deadline for any application to restore this action to the Court's calendar as set forth in the Court's Order of May 6, 2021 (Dkt. No. 25), is extended for an additional thirty days. All other conferences and deadlines remained adjourned.

This resolves Docket Number 26.

SO ORDERED.

Dated: June 3, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge