

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

VIA CM/ECF

July 2, 2021

United States District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Gonzalez v. The Williamsburg Hotel BK LLC,* Case No. 1:20-cv-09564-AJN

Dear District Judge Nathan:

    This office represents the Plaintiff Jesus Gonzalez ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendant. Plaintiff has executed the agreement and we are awaiting defendant's signature. Respectfully, we are requesting a stay of all deadlines and conferences for an additional thirty (30) days so that the parties can finalize the settlement agreement.

    We thank this Honorable Court for its time and consideration in this matter.

> The deadline to move to reopen this case is extended for thirty days. All other deadlines and conferences remain stayed. SO ORDERED.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

_____
Erik M. Bashian, Esq.

SO ORDERED.  7/8/2021
ALISON J. NATHAN, U.S.D.J.

500 OLD COUNTRY ROAD SUITE 302 GARDEN CITY NEW YORK 11530 T: (516) 279-1555 F: (516) 213-0339 WWW.BASHPAPLAW.COM

84435v1